IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES THOMAS RODGERS,

    Plaintiff,                   No. CIV S-04-2661 FCD JFM P

    vs.

OFFICER HAMPTON,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendant shall notify this court, within ten days, whether he has any objection to the dismissal of this action. Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: May 10, 2006.

                                             UNITED STATES MAGISTRATE JUDGE

/mp
rodg2661.59a

1