IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES THOMAS RODGERS,

    Plaintiff,                         No. CIV S-04-2661 FCD JFM P

    vs.

OFFICER HAMPTON,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff, a county jail inmate proceeding pro se, has requested that this action be dismissed. By order filed May 11, 2006, defendant was granted ten days to notify the court whether he has any objections to dismissal of this action. The ten day period has passed and defendant has not raised any objection to dismissal or responded in any way to the court's order. Good cause appearing, pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: May 31, 2006.

UNITED STATES MAGISTRATE JUDGE

12
rodg2661.59

1